AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

KEITH JOHNSON,

Plaintiff,

V.

CITY OF CHICAGO, ILLINOIS, CHICAGO POLICE OFFICER V. R. STINAR, Star No. 4017, CHICAGO POLICE OFFICER L. PIERRI, Star No. 10956,

Defendants.

CASE NUMBER: **08 C 1526**

ASSIGNED JUDGE: **JUDGE ST. EVE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

CHICAGO POLICE OFFICER L. PIERRI, Star No. 10956
Police Headquarters
3510 S. Michigan Ave., 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 West Jackson Blvd.
Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

**March 14, 2008**
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  3-25-08 |
| NAME OF SERVER (PRINT)  AAROW Willoughby | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: **Ms Fahey *6565 Authorize To Accept Service for Officer L Pierri *10956**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3-25-08__  _[signature] Aaron Willoug___
Date        Signature of Server

3152 South Prairie Ave
Chicago IL 60616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.