UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KEITH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 01526 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE ST. EVE |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE |
| V. R. STINAR, Star No. 4017, | ) | SHENKIER |
| CHICAGO POLICE OFFICER L. PIERRI, | ) | |
| Star No. 10956, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S INTIAL STATUS REPORT

**A.   NATURE OF THE CASE**

   **1.   Attorneys of Record**

Plaintiff Keith Johnson is currently represented by Jeffrey Granich (lead trial attorney) and Katie Ehrmin.  A motion to substitute attorney Katie Ehrmin for attorney Josh Freidman is anticipated to be filed shortly.

To date, no attorneys have filed appearances or answers on behalf of Defendants.

   **2.   Jurisdiction and Claims**

This is an action arising under federal and state law.  Jurisdiction is proper under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331 and 1343 for plaintiff's federal claims and under 28 U.S.C. §1367 for plaintiff's state law claims.

Plaintiff asserts civil rights claims under 42 U.S.C. § 1983 and state law claims against the Defendant Officers alleging false arrest, unlawful search, malicious prosecution, and intentional infliction of emotional distress. Plaintiff also brings a claim under 42 U.S.C. § 1983 against Defendant City of Chicago for its alleged policies, practices and customs of failing to adequately train, supervise, control and discipline officers.

**3.     Major Legal and Factual Issues**

The major legal and factual issues in this matter are as follows:

(a)     Whether the Defendant Officers subjected plaintiff to a false arrest, unlawful search, malicious prosecution and intentional infliction of emotional distress;

(b)     Whether the Defendant Officers acted maliciously, wantonly, or oppressively in allegedly violating plaintiff's rights;

(c)     Whether Defendant City has a policy or widespread practice of failing to adequately train, supervise, control and discipline officers;

(d)     Whether plaintiff was damaged by the alleged actions of the Defendant Officers and the alleged policies or practices of the City; and

(e)     Whether the Defendant Officers were acting within the scope of their employment at the time of their alleged encounters with plaintiff.

**4.     Relief Sought**

Plaintiff seeks damages in an undetermined amount as of this date.

B. **Pending Motions and Case Plan**

No motions are pending in this matter.

C. **Discovery Plan**

A proposal for a discovery plan will be submitted to this Court upon appearances by counsels for Defendants and following a Rule 26(f) conference.

D. **TRIAL STATUS**

Plaintiff has requested a jury trial. The length of trial and when the case will be ready for trial will be determined jointly with counsels for Defendants.

E. **CONSENT TO MAGISTRATE JUDGE**

Determination of whether the parties consent to proceed before a magistrate judge will be made jointly with counsels for Defendants.

F. **SETTLEMENT**

No settlement discussions have been held to date.

Respectfully Submitted,

/s/  Jeffrey B. Granich

Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 W. Jackson, Ste. 840
Chicago, Illinois 60604
(312) 939-9009
A.R.D.C. No. 6207030