UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KEITH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 01526 |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | Magistrate Judge Schenkier |
| CHICAGO POLICE OFFICER | ) | |
| V. R. STINAR, Star No. 4017, | ) | |
| CHICAGO POLICE OFFICER L. PIERRI, | ) | |
| Star No. 10956, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

Keith Johnson, Plaintiff, by and through his undersigned attorney, Josh M. Friedman, pursuant to Local Rule 83.17, for his Motion for Substitution of Counsel, states as follows:

Plaintiff requests that Josh M. Friedman, of the Law Offices of Josh Friedman, be granted leave to substitute as counsel of record in place of Katie Z. Ehrman, and that Ms. Ehrman be permitted to withdraw. A copy of Mr. Friedman's Appearance is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this court enter an order substituting Josh M. Friedman for Katie Z. Ehrman as counsel of record for Plaintiff in this case.

1

                                          Respectfully Submitted,

                                          Keith Johnson

                            By:    /s/ Josh M. Friedman
                                   One of his attorneys

Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6207030
Attorney for Plaintiff

Josh M. Friedman
Law Offices of Josh M. Friedman
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
 (312) 886-0277
A.R.D.C. No. 6220313
Attorney for Plaintiff

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

EXHIBIT A