**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| KEITH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 01526 |
| | ) | |
| | ) | |
| vs. | ) | Judge St. Eve |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | Magistrate Judge Schenkier |
| CHICAGO POLICE OFFICER | ) | |
| V. R. STINAR, Star No. 4017, | ) | |
| CHICAGO POLICE OFFICER L. PIERRI, | ) | |
| Star No. 10956, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:  No appearances of record**

**PLEASE TAKE NOTICE** that on **Wednesday, April 23, 2008 at 8:30 a.m.**, we shall appear before the Honorable Magistrate Judge Amy St. Eve, or any judge sitting in her stead, in Courtroom 1238, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present **Plaintiff's Motion for Substitution of Counsel**.

DATED: April 18, 2008

Respectfully Submitted,

KEITH JOHNSON

By:    /s/ Josh M. Friedman_____
One of his attorneys

Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6207030
Attorney for Plaintiff

Josh M. Friedman
Law Offices of Josh M. Friedman
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
 (312) 886-0277
A.R.D.C. No. 6220313
Attorney for Plaintiff