UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Keith Johnson
                                    Plaintiff,
v.                                                          Case No.: 1:08−cv−01526
                                                            Honorable Amy J. St. Eve
City of Chicago, Illinois, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:Motion to substitute attorney [12] is granted; Attorney Josh Michael Friedman for Keith Johnson added. Attorney Katie Z. Ehrmin terminated.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.