IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1526 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

To:   Jeffrey B. Granich
   Josh Friedman
   Law Offices of Jeffrey B. Granich
   53 W. Jackson Blvd., Suite 840
   Chicago, IL 60604

   **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Officer Pierri's and Stinar's Agreed Motion for Extension of Time in which to Answer or Otherwise Plead**, a copy of which is attached and served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Amy St. Eve, or before such other Judge sitting in her stead, on May 8, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, in room 1241 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date:   May 2, 2008

                                          s/ Marc J. Boxerman
                                          MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago Department of Law
30 N. La Salle Street, Suite 1400
Chicago, IL 60602
(312) 744-7684
mboxerman@cityofchicago.org
Attorney No. 6215790