# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1526 |
|---|---|
| JOHNSON v. CITY OF CHICAGO, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO - Defendant

| NAME (Type or print) |
|---|
| Thomas J. Aumann |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Thomas J. Aumann |

| FIRM |
|---|
| Office of the Corporation Counsel, City of Chicago |

| STREET ADDRESS |
|---|
| 30 North LaSalle Street, Suite 1020 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06282455 | (312) 744-1566 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL        APPOINTED COUNSEL