IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH JOHNSON, | ) | |
| | ) | No. 08 C 1526 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ST.EVE |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, CHICAGO POLICE OFFICER V.R. STINAR, Star No. 4017, CHICAGO POLICE OFFICER L. PIERRI, Star No. 10956, | ) ) ) ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Jeffrey B. Granich                                       Marc J. Boxerman
      Law Offices of Jeffrey B. Granich               Assistant Corporation Counsel
      53 West Jackson Boulevard                       30 North LaSalle Street
      Suite 840                                                     Suite 1400
      Chicago, Illinois 60604                               Chicago, Illinois 60602
      jeffreygranich@mac.com                           mboxerman@cityofchicago.org

      Josh Friedman
      Law Offices of Josh Friedman
      53 West Jackson Boulevard
      Suite 840
      Chicago, Illinois 60604
      josh.friedman@comcast.net

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve, or before such other Judge sitting in her stead, on the 14th day of May, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 8th day of May, 2008.

                                              Respectfully submitted,

                                              MARA S. GEORGES
                                              Corporation Counsel
                                              City of Chicago

                                 By:    /s/ Thomas J. Aumann
                                              THOMAS J. AUMANN
                                              Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455