IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1526 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:  Jeffrey B. Granich            Thomas Aumann
     Josh Friedman                 Le'Ora Tyree
     Attorneys at Law              City of Chicago Department of Law
     53 W. Jackson Blvd., Suite 840   30 N. La Salle Street, Suite 1020
     Chicago, IL 60604             Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants Officers' Answer, Defenses, and Jury Demand to Plaintiff's Complaint**, a copy of which is attached and served upon you.

Date:  May 30, 2008

                                    By:  s/ Marc J. Boxerman
                                         MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790