UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 01526 |
| ) | |
| vs. ) | |
| ) | JUDGE ST. EVE |
| CITY OF CHICAGO, ILLINOIS, ) | |
| CHICAGO POLICE OFFICER ) | MAGISTRATE JUDGE |
| V. R. STINAR, Star No. 4017, ) | SHENKIER |
| CHICAGO POLICE OFFICER L. PIERRI, ) | |
| Star No. 10956, ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## JOINT INTIAL STATUS REPORT

Plaintiff Keith Johnson, by and through his attorneys, Jeffrey B. Granich and Josh M. Friedman, Defendants V. R. Stinar and L. Pierri, by their attorney Marc Boxerman Assistant Corporation Counsel for the City of Chicago, and Defendant City of Chicago, by its attorneys, Mara S. Georges, Corporation Counsel for the City of Chicago, through Thomas Jon Aumann and Le'Ora P. Tyree, pursuant to this Court's case management procedures, jointly submit the following initial status report:

**A.    NATURE OF THE CASE**

    **1.    Attorneys of Record**

Plaintiff Keith Johnson is currently represented by Jeffrey Granich (lead trial attorney) and Josh M. Friedman.

Defendants V. R. Stinar and L. Pierri are represented by Marc Boxerman and Defendant City of Chicago is represented by Mara S. Georges, Corporation Counsel for the City of Chicago, through Thomas Jon Aumann and Le'Ora P. Tyree.

**2.     Jurisdiction and Claims**

This is an action arising under federal and state law.  Jurisdiction is proper under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331 and 1343 for plaintiff's federal claims and under 28 U.S.C. §1367 for plaintiff's state law claims.

Plaintiff asserts civil rights claims under 42 U.S.C. § 1983 and state law claims against the Defendant Officers alleging false arrest, unlawful search, malicious prosecution, and intentional infliction of emotional distress.  Plaintiff also brings a claim under 42 U.S.C. § 1983 against Defendant City of Chicago for its alleged policies, practices and customs of failing to adequately train, supervise, control and discipline officers.

**3.     Major Legal and Factual Issues**

The major legal and factual issues in this matter are as follows:

(a)     Whether the Defendant Officers subjected plaintiff to a false arrest, unlawful search, malicious prosecution and intentional infliction of emotional distress;

(b)     Whether the Defendant Officers acted maliciously, wantonly, or oppressively in allegedly violating plaintiff's rights;

    (c)    Whether Defendant City has a policy or widespread practice of failing to adequately train, supervise, control and discipline officers; and

    (d)    Whether plaintiff was damaged by the alleged actions of the Defendant Officers and the alleged policies or practices of the City.

    **4.**    **Relief Sought**

Plaintiff seeks damages in an undetermined amount as of this date.

**B.**    **Pending Motions and Case Plan**

No motions are pending in this matter. The City anticipates filing a motion to bifurcate Plaintiff's claims against the individual defendants and Plaintiff's *Monell* claim against the City.

**C.**    **Discovery Plan**

1. All disclosures required by Rule 26(a)(1) shall be made on or before June 30, 2008.
2. The cutoff of fact discovery is October 31, 2008.
3. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before November 30, 2008.
4. The parties may depose the other side's expert at any time prior to December 30, 2008.
5. Any dispositive motions to be filed on or before January 30, 2009.
6. The final pretrial order shall be filed on or before February 27, 2009.

**D.**    **TRIAL STATUS**

Plaintiff has requested a jury trial. The parties anticipate that the trial in this matter will not take more than three trial days.

E. **CONSENT TO MAGISTRATE JUDGE**

The parties do not consent to trial before a magistrate judge.

F. **SETTLEMENT**

No settlement discussions have been held to date.


Respectfully Submitted,


/s/ Jeffrey B. Granich  
Jeffrey B. Granich  
Law Offices of Jeffrey Granich  
53 W. Jackson, Ste. 840  
Chicago, Illinois 60604  
(312) 939-9009  

/s/ Marc Boxerman  
Marc Boxerman  
City of Chicago  
30 N. LaSalle Street, Ste. 900  
Chicago, Illinois 60602  
(312) 744-6912  


/s/Josh Friedman  
Josh Friedman  
Law Offices of Josh M. Friedman  
53 W. Jackson, Ste. 840  
Chicago, IL 60604  
(312) 886-0277  


/s/ Le'Ora P. Tyree  
City of Chicago  
30 N. LaSalle St.,  
Chicago, Illinois 60604  
(312) 744-1056  

/s/ Thomas Jon Aumann  
City of Chicago  
30 N. LaSalle St., Ste. 1020  
Chicago, Illinois 60604  
(312) 744-1566  

4

**CERTIFICATE OF SERVICE**

      I, Josh Friedman, attorney for Plaintiff, hereby certify that I served a copy of the foregoing Joint Initial Status Report on the aforementioned attorneys by this Court's ECF system on this 9th day of June, 2008.

/s/Josh Friedman
One of the attorneys for Plaintiff