UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Keith Johnson

                              Plaintiff,

v.                                                       Case No.: 1:08−cv−01526

                                                                         Honorable Amy J. St. Eve

City of Chicago, Illinois, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/12/2008 and continued to 8/6/08 at 8:30 a.m. Rule 26(a)(1) by 6/30/08. Written discovery to be issued by 7/9/08. Fact discovery set to close 10/31/08. Expert reports and disclosures by 11/30/08. Expert discovery set to close 12/30/08. Dispositive motions with supporting memoranda to be filed by 1/30/09. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.