FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH JOHNSON, | ) |
| | ) |
| Plaintiff, | ) No. 08 C 1526 |
| | ) |
| v. | ) Judge St. Eve |
| | ) |
| CITY OF CHICAGO, et al., | ) Magistrate Judge Schenkier |
| | ) |
| Defendants. | ) Jury Trial Demanded |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Jeffrey B. Granich
Attorney for plaintiff,
Keith Johnson
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
DATE: 7/23/08

Respectfully submitted,
CITY OF CHICAGO a Municipal
Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: 
Thomas Aumann
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1566
Attorney No. 06282455
DATE: 7/31/08

Marc J. Boxerman
Senior Counsel
Attorney for defendants,
Vincent Stinar and Lenny Pierri
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06215790
DATE: 7/31/08

08 C 1526