IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1526 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**<u>AGREED ORDER OF DISMISSAL</u>**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Keith Johnson, by one of his attorneys, Jeffrey B. Granich, and defendants, Vincent Stinar and Lenny Pierri, by one of their attorneys, Marc J. Boxerman, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Keith Johnson, against defendants, City of Chicago, Vincent Stinar and Lenny Pierri, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Amy J. St. Eve
United States District Judge

DATED:   July 31, 2008